1010

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 51961, Lloyd Shorett, J., entered April 15, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LEE LEHNHERR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 4421, Lawrence Leahy, J., entered October 9, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MC-KERLIE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3260, Felix Rea, J., entered January 21, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE COE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 4475, Lawrence Leahy, J., entered January 29, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.